## Commonwealth *v.* Kioske, Appellant.

Submitted March 23, 1971. *Bruce S. Miller,* Assistant Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kohr, Appellant.

Submitted March 15, 1971. *Frederick S. Wolf,* and *Beaver & Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.